IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY ALFONZIE JONES, | * | |
| Petitioner, | * | |
| v. | * | CV 111-102 |
| | * | (CR 109-171) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

**O R D E R**

On January 6, 2015, the Eleventh Circuit Court of Appeals issued a mandate in the above-captioned case vacating the dismissal of Jeremy Alfonzie Jones' § 2255 motion without evidentiary hearing. The Eleventh Circuit has instructed this Court to afford Jones an evidentiary hearing on his ineffective assistance of counsel claim. **IT IS THEREFORE ORDERED** that the Clerk **REOPEN** this case and place it on the active docket of this Court.

**ORDER ENTERED** at Augusta, Georgia this 7th day of January, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA